**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Thomas Morris, | ) | No. CV-06-2312-PHX-FJM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Michael J. Astrue, Social Security Administration, | ) | |
| Defendant. | ) | |

The court has before it a Mandate of the United States Court of Appeals for the Ninth Circuit (doc. 33), making final its decision to remand this case for an award of benefits. Solely pursuant to that Mandate, IT IS ORDERED remanding this case to the Commissioner of the Social Security Administration for an award of benefits under sentence four of 42 U.S.C. § 405(g). The clerk shall terminate this action.

DATED this 17th day of June, 2009.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge